SEALED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

ALLAN MIRTH

CASE NO. 6:10-cr-214-Orl-18DAB
18 U.S.C. § 2422(b)
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about September 11, 2009, and continuing through on or about December 30, 2009, in Orange and Brevard Counties, Florida, in the Middle District of Florida, and elsewhere,

### ALLAN MIRTH

the defendant herein, using a facility and means of interstate commerce, namely, the Internet, did knowingly attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in a sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Section 800.04 of the Florida Statutes.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURES

1.      The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2.     Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2424, the defendant, **ALLAN MIRTH**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a.     cannot be located upon the exercise of due diligence;

   b.     has been transferred or sold to, or deposited with, a third person;

   c.     has been placed beyond the jurisdiction of the Court;

   d.     has been substantially diminished in value; or

   e.     has been commingled with other property which cannot be subdivided without difficulty;

2

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18,

United States Code, Section 2461(c).

A TRUE BILL,

_____

Foreperson

A. BRIAN ALBRITTON
United States Attorney

By:  _____

Carlos A. Perez-Irizarry
Assistant United States Attorney

By:  _____

Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
APr-1991

No.

# UNITED STATES DISTRICT COURT

### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## ALLAN MIRTH

## INDICTMENT

Violations:

18 U.S.C § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 4th day

of August, 2010.

_____
Clerk

Bail   $ _____

GPO 863 525